UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**COACH, INC.**, *et al.*,

    **Plaintiffs**,

    v.

**MELANIE BROMELOW,**
*et al.*,

    **Defendants.**

Civil Action 2:16-cv-729
Judge Algenon L. Marbley
Magistrate Judge Elizabeth P. Deavers

## ORDER

For good cause shown, the Motion of Plaintiffs Coach, Inc. and Coach Services, Inc. to Substitute Parties (ECF No. 44) is **GRANTED**. The Clerk is **DIRECTED** to substitute Tapestry, Inc. in place of Coach, Inc., and to substitute Coach IP Holdings LLC in place of Coach Services, Inc., as Plaintiffs in this action.

    **IT IS SO ORDERED.**

Date: May 14, 2018

    /s/ *Elizabeth A. Preston Deavers*
    ELIZABETH A. PRESTON DEAVERS
    UNITED STATES MAGISTRATE JUDGE